# NO. 12-14-00285-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *LANDWORKS, INC.,*<br>*APPELLANT* | *§* | *APPEAL FROM THE 7TH* |
| *V.* | *§* | *JUDICIAL DISTRICT COURT* |
| *R2 ENERGY SERVICES, LLC AND R2*<br>*DATA ENTRY SERVICES, LLC,*<br>*APPELLEES* | *§* | *SMITH COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

Appellant has filed a motion to dismiss this appeal. In its motion, Appellant states that the parties have settled the underlying controversy and Appellant no longer wishes to pursue this appeal. Accordingly, Appellant's motion to dismiss is ***granted***, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.2(a). Pursuant to the agreement of the parties, costs are assessed against the party incurring them. *See* TEX. R. APP. P. 42.1(d).

Opinion delivered January 14, 2015.
*Panel consisted of Worthen, C.J. and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JANUARY 14, 2015**

**NO. 12-14-00285-CV**

**LANDWORKS, INC.,**
Appellant
V.
**R2 ENERGY SERVICES, LLC AND R2 DATA ENTRY SERVICES, LLC,**
Appellee

Appeal from the 7th District Court

of Smith County, Texas (Tr.Ct.No. 14-1581-A)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the appeal be dismissed, costs are assessed against the party incurring them, and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J. and Hoyle, J.*